EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Butrick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

APR 2 8 2004

at 2 o'clock and 20 min. P M
WALTER A. Y. H. CHINN, CLERK

**LODGED**

APR 1 6 2004
h:oo+g
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00126-01 MLR |
| | ) | |
| Plaintiff, | ) | AMENDED FINAL ORDER OF |
| | ) | FORFEITURE |
| vs. | ) | |
| | ) | |
| MONTEZ SALAMASINA OTTLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on January 2, 2004, this Court entered a
Preliminary Order of Forfeiture, ordering defendant Montez
Salamasina Ottley to forfeit:

    (1)   Nine Hundred Fifteen Thousand
Twenty Dollars and Thirty Cents
($915,020.30) in United States
Currency from American Savings Bank
obtained on October 8, 1998, and

    (2)   A sum of money equal to Sixty-Six
Million Dollars ($66,000,000.00) in
United States Currency,

representing the amount of proceeds
obtained as a result of the
offense, and all interest and
proceeds traceable thereto

(hereinafter collectively referred to as the "Subject

Properties"); and

WHEREAS, the United States caused to be published in

the Honolulu Star-Bulletin, a newspaper of general circulation,

notice of this forfeiture and of the intent of the United States

to dispose of the Subject Properties in accordance with the law

and as specified in the Preliminary Order of Forfeiture, and

further notifying all third parties of their right to petition

the Court within thirty (30) days for a hearing to adjudicate the

validity of their alleged legal interest in the Subject

Properties; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Montez

Salamasina Ottley had an interest in the Subject Properties that

is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED that:

(1)    Nine Hundred Fifteen Thousand
       Twenty Dollars and Thirty Cents
       ($915,020.30) in United States
       Currency from American Savings Bank
       obtained on October 8, 1998.

(2)    A sum of money equal to Sixty-Six
       Million Dollars ($66,000,000.00) in
       United States Currency,

2

representing the amount of proceeds
obtained as a result of the
offense, and all interest and
proceeds traceable thereto

are hereby forfeited to the United States of America pursuant to

18 U.S.C. § 982(a)(2).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all

right, title and interest to the Subject Properties described

above is hereby condemned, forfeited and vested in the United

States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds,

including but not limited to currency, currency equivalents and

certificates of deposit, and the proceeds from the sale of any

forfeited property, after the payment of costs and expenses

incurred in connection with the forfeiture, sale and disposition

of the forfeited property, shall be deposited forthwith by the

United States Marshals Service into the Department of Justice

Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District

Court shall retain jurisdiction in the case for the purpose of

enforcing this Order.

DATED:    APR 2 3 2004    , at Honolulu, Hawaii.

MANUEL L. REAL

UNITED STATES DISTRICT JUDGE

U.S. v. Montez Salamasina Ottley
Cr. No. 00-00126-01 MLR
"Amended Final Order of Forfeiture"

3